IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROY BACK,

      Plaintiff,

vs.                                           No. CIV 12-0261 JB/WDS

CONOCOPHILLIPS COMPANY,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Stipulated Order of Dismissal, filed November 8, 2013 (Doc. 39)("Order"). In its Order, the Court granted the parties' Stipulation for Dismissal, filed November 5, 2013 (Doc. 38)("Stipulation"). Pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties have stipulated to dismissal of the case with prejudice. Because the Order disposed of all issues and claims before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that the Complaint for Wrongful Termination and/or Retaliatory Discharge, Breach of Implied Contract, Breach of Covenant of Good Faith and Fair Dealing, Prima Facie Tort, and Damages, filed March 13, 2013 (Doc. 1), and the case against Defendant ConocoPhillips Company, are hereby dismissed with prejudice, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Michael L. Danoff
Brett J. Danoff
Michael Danoff & Associates, P.C.
Albuquerque, New Mexico

 *Attorneys for the Plaintiff*

Charlotte A. Lamont
Littler Mendelson, PC
Albuquerque, New Mexico

--and--

Robert Shawn Oller
Littler Mendelson, PC
Phoenix, Arizona

 *Attorneys for the Defendant*